CHEEK v. POOLE

No. 50P96

Case below: 121 N.C.App. 370

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 9 May 1996.

COUNTS v. BLACK & DECKER CORP.

No. 107P96

Case below: 121 N.C.App. 387

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

CREWS v. PAVILION PARTNERS

No. 167P96

Case below: 121 N.C.App. 787

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

DAVIS v. WRENN

No. 114P96

Case below: 121 N:C.App. 156

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 9 May 1996.